In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00438-CV**

_____

**IN RE K.W.M.**

**Original Proceeding**

**MEMORANDUM OPINION**

In a prior appeal of a modification order in a suit affecting the parent-child relationship, we affirmed the trial court's judgment in part and reversed in part and we remanded the case to the 252nd District Court of Jefferson County, Texas. *See In re A.K.M.*, No. 09-12-00464-CV, 2014 WL 809007, at \*17 (Tex. App.—Beaumont Feb. 27, 2014, pet. denied) (mem. op.). In a petition for writ of mandamus and prohibition, K.W.M. asks this Court to clarify the issues the visiting judge assigned to hear the case may decide upon remand, and further asks this Court to prohibit the trial court from exceeding the scope of the remand. After

1

reviewing the petition and appendix, the Court denies the petition. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on October 8, 2014
Opinion Delivered October 9, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.